IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTWAN MATTHEWS**  **PLAINTIFF**
**ADC #108865**

v.   No. 4:22-CV-01116-LPR

**MARK GOBER, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, this case is DISMISSED without prejudice for failure to state a claim on which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.[2]

IT IS SO ORDERED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 7.

[2] To the extent Plaintiff may have implicitly stated a state law claim for conversion, that claim belongs in state court. The Court will not exercise supplemental jurisdiction over such a claim.