IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTWAN MATTHEWS**                                                                    **PLAINTIFF**
**ADC #108865**

v.                                    No. 4:22-CV-01116-LPR

**MARK GOBER, et al.**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of February 2024.

                                                                           _____
                                                                           LEE P. RUDOFSKY
                                                                           UNITED STATES DISTRICT JUDGE